IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 13-92-BLG-SPW-1 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| ISABEL LOPEZ MARTINEZ, *aka* "*Guerro*," | |
| Defendant. | |

Pending before the Court is the United States' Motion to Dismiss the Indictment of Isabel Lopez Martinez, *aka* "*Guerro*", with Prejudice pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. (Doc. 106). For good cause shown,

IT IS HEREBY ORDERED that the indictment is **DISMISSED WITH PREJUDICE**.

IT IS FURTHER ORDERED that the trial set for Tuesday, February 22, 2022 at 9:00 a.m. is **VACATED**.

1

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 3rd day of January, 2022.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge